IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MELVIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A.C.E. MACHINE & METAL FABRICATION ) <br> COMPANY, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:11-0275 <br> Judge Trauger |

## **O R D E R**

Given the exchanges at the initial case management conference held on June 6, 2011, it is hereby **ORDERED** that the parties shall engage in a private mediation at an early date.

It is so **ORDERED**.

ENTER this 6th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge